Case 4:15-cv-01007-JSW  Document 18  Filed 04/20/15  Page 1 of 5

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
State Bar No. 102356
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5899
Fax: (415) 703-1234
E-mail: Sharon.OGrady@doj.ca.gov
Attorneys for Defendant Kamala D. Harris

[REMAINING PARTIES ON SIGNATURE PAGE]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EROTIC SERVICE PROVIDER LEGAL EDUCATION & RESEARCH PROJECT; K.L.E.S.; C.V.; J.B.; AND JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE GASCON, in his official capacity as District Attorney of the City and County of San Francisco; EDWARD S. BERBERIAN, JR., in his official capacity as District Attorney of the County of Marin; NANCY E. O'MALLEY, in her official capacity as District Attorney of the County of Alameda; JILL RAVITCH, in her official capacity as District Attorney of the County of Sonoma; and KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>Defendants. | Case No.: 4:15-CV-01007 JSW<br><br>STIPULATION AND [PROPOSED] ORDER VACATING THE CASE MANAGEMENT CONFERENCE SET FOR JUNE 12, 2015 AND SETTING A BRIEFING AND HEARING SCHEDULE ON MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6), AS MODIFIED<br><br>Judge: The Hon. Jeffrey S. White<br>Dept: 5, 2d Floor<br>Trial Date: None Set<br>CMC Date: June 12, 2015<br>Action Filed: March 4, 2015 |

STIP & [PROPOSED] ORDER RE BRIEFING SCHEDULE
Case No. 4:15-CV-01007 JSW                    1

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, the Parties submit and stipulate to the following:

WHEREAS, on March 4, 2015, Plaintiffs filed the operative complaint ("Complaint") in this matter;

WHEREAS, on March 5, 2015, the Court set the Case Management Conference ("CMC") in this matter for June 12, 2015, with a joint case management statement due on June 7, 2015;

WHEREAS, on March 13, 2015 and March 24, 2015, Plaintiffs sent notices of the lawsuit and requests to waive service to the Defendants, as described in the Declaration of Sharon L. O'Grady, filed herewith ("O'Grady Declaration" or "¶"), ¶¶ 3-4;

WHEREAS, Defendants intend to file a motion to dismiss the complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (*id.* ¶ 5);

WHEREAS, on March 30, 2015, the Parties met and conferred telephonically to discuss waiver of service and a mutually acceptable briefing and hearing schedule on Defendant's motion to dismiss the complaint, and a continuance of the CMC to allow the motion to be heard first (*id.* ¶ 5);

WHEREAS, the Parties continued to meet and confer via electronic mail up and through April 13, 2015, to confirm a briefing and hearing schedule for the motion to dismiss, and consistent with the Court's calendar (*see id.* ¶ 6);

NOW, THEREFORE, the Parties hereby stipulate, and request that the Court order, as follows:

1. The Court shall vacate the June 12, 2015 CMC and all corresponding deadlines and filings;
2. Defendants' motion(s) to dismiss shall be filed no later than May 8, 2015;
3. Plaintiffs' opposition to the motion(s) to dismiss shall be filed no later than June 8, 2015;
4. Defendants' reply shall be due June 23, 2015; and

STIP & [PROPOSED] ORDER RE BRIEFING SCHEDULE
Case No. 4:15-CV-01007 JSW      2

1  5. The hearing in this matter for the Court to address and hear the Parties' briefing shall
2  be set for ~~July 31~~ August 7, 2015, at 9:00 a.m. PT.

3  **CONCLUSION**

4  For the reasons set forth above, the Parties request that the Court vacate the current Case
5  Management Conference set for June 12, 2015, and approve the above mentioned briefing
6  ~~schedule.~~

7

8  DATED: April 17, 2015          Respectfully Submitted,

9                                  KAMALA D. HARRIS
                                    Attorney General of California
10                                  TAMAR PACHTER
                                    Supervising Deputy Attorney General
11

12                                  By:/s/ _____
13                                  SHARON L. O'GRADY
                                    Deputy Attorney General
14                                  *Attorneys for Defendant Kamala D. Harris*

15

   DATED: April 17, 2015           DONNA R. ZIEGLER,
16                                  County Counsel in and for the
                                    County of Alameda
17

18
                                    By /s/ _____
19                                  L. DAVID NEFOUSE
                                    Deputy County Counsel
20                                  1221 Oak Street, Suite 450
                                    Oakland, CA 94612
21                                  Tel: (510) 272-6700
                                    Fax: (510) 272-5020
22                                  E-mail: david.nefouse@acgov.org
                                    *Attorneys for Defendant Nancy E. O'Malley*
23

24 DATED: April 17, 2015           DENNIS HERRERA
                                    City Attorney, City and County of San Francisco
25

26
                                    By: /s/ _____
27                                  WAYNE SNODGRASS
                                    Deputy City Attorney
28

STIP & [PROPOSED] ORDER RE BRIEFING SCHEDULE
Case No. 4:15-CV-01007 JSW              3

```
                                    City and County of San Francisco
                                    Room 234, City Hall
                                    1 Dr. Carlton B. Goodlett Place
                                    San Francisco, CA 94102-4682
                                    Tel: (415) 554-4675
                                    Fax: (415) 554-4699
                                    E-mail: Wayne.Snodgrass@sfgov.org
                                    Attorneys for Defendant George Gascon


DATED:      April 17, 2015          STEVEN M. WOODSIDE
                                    County Counsel in and for the County of Marin



                                    By: /s/ _____
                                    SHEILA LICHTBLAU
                                    Deputy County Counsel
                                    3501 Civic Center Dr # 275
                                    San Rafael, CA 94903
                                    Tel: (415) 499-6117
                                    E-mail: SLichtblau@marincounty.org
                                    Attorneys for Defendant Edward Berberian



DATED:      April 17, 2015          BRUCE GOLDSTEIN
                                    County Counsel in and for the County of
                                    Sonoma



                                    By: /s/ _____
                                    JOSHUA MYERS
                                    Deputy County Counsel
                                    575 Administration Dr.
                                    Santa Rosa, CA 95403
                                    Tel: (707) 565-2421
                                    E-mail: Joshua.Myers@sonoma-county.org
                                    Attorneys for Defendant Jill Ravitch


DATED:      April 17, 2015          By: /s/ _____
                                    H. LOUIS SIRKIN
                                    BRIAN PATRICK O'CONNOR
                                    SANTEN HUGHES LPA
                                    600 Vine Street, Suite 2700
                                    Cincinnati, OH 45202
                                    Tel: (513) 721-4450
                                    Fax: (513) 721-0109
                                    E-mail: bpo@santen-hughes.com
                                    Attorneys for Plaintiffs
```

**ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

Dated: April 20, 2015

_____
The Honorable Jeffrey S. White
United States District Court Judge