BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
JOSHUA A. MYERS, State Bar No. 250988
Deputy County Counsel
Office of the Sonoma County Counsel
575 Administration Drive, Room 105A
Santa Rosa, CA 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: joshua.myers@sonoma-county.org

Attorneys for Defendant
JILL RAVITCH, in her official capacity
As District Attorney of the County
of Sonoma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EROTIC SERVICE PROVIDER LEGAL, EDUCATION & RESEARCH PROJECT; K.L.E.S.; C.V.; J.B.; AND JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE GASCON, in his official capacity as District Attorney of the City and County of San Francisco; EDWARD S. BERBERIAN, JR., in his official capacity as District Attorney of the County of Marin; NANCY E. O'MALLEY, in her official capacity as District Attorney of the County of Alameda; JILL RAVITCH, in her official capacity as District Attorney of the County of Sonoma; and KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>Defendants. | Case No. 3:15-cv-01007 JSW<br><br>DEFENDANT JILL RAVITCH, in her official capacity as District Attorney of the County of Sonoma's JOINDER IN DEFENDANT KAMALA D. HARRIS, in her official capacity as Attorney General for the State of California's REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS |

Defendant, JILL RAVITCH, in her official capacity as District Attorney of the County of Sonoma, hereby joins in the Reply in Further Support of Motion to Dismiss under Rule 12(b)(6), filed on or about June 23, 2015, by Defendant KAMALA HARRIS, in her official capacity as

1  Attorney General for the State of California.  Defendant Ravitch joins said Reply on all grounds,

2  including that the Complaint fails to state a claim as a matter of law.

3  Dated:  June 23, 2015                         BRUCE D. GOLDSTEIN, Sonoma County Counsel

By:  _____/s/_____
     Joshua A. Myers
     Deputy County Counsel
     Attorneys for the JILL RAVITCH, in her official
     capacity as District Attorney of the County of Sonoma