**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EROTIC SERVICE PROVIDER LEGAL
EDUCATION AND RESEARCH PROJECT, ET
AL.,

        Plaintiffs,

  v.

GEORGE GASCON, ET AL.,

        Defendants.

_____/

No. C 15-01007 JSW

**ORDER DISCLOSING LETTER**

On July 7, 2015, the Court notified the parties that the undersigned's son is a Deputy City
Attorney with the San Francisco City Attorney's Office, which represents Defendant in this case.
The Court also advised the parties that, in connection with a previous case, the Court sought a
formal opinion from the Committee on Codes of Conduct of the Judicial Conference of the United
States, regarding a request for recusal. The Committee issued a thorough opinion outlining the
circumstances in which recusal might be warranted, and it found that recusal was not required in that
case. Having received a request for the letter from Plaintiffs' counsel, the Court attaches the opinion
from the Committee on Codes of Conduct.

      **IT IS SO ORDERED.**

Dated: July 9, 2015

                        _____
                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE