1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EROTIC SERVICE PROVIDER LEGAL
EDUCATION AND RESEARCH PROJECT, ET
AL.,

        Plaintiffs,

  v.

GEORGE GASCON, ET AL.,

        Defendants.

_____/

No. C 15-01007 JSW

**ORDER VACATING HEARING**

      Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, August 7, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

      **IT IS SO ORDERED.**

Dated:  August 4, 2015

                           _____

                           JEFFREY S. WHITE
                           UNITED STATES DISTRICT JUDGE