United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EROTIC SERVICE PROVIDER LEGAL
EDUCATION AND RESEARCH PROJECT, ET
AL.,

        Plaintiffs,

  v.

GEORGE GASCON, ET AL.,

        Defendants.

_____/

No. C 15-01007 JSW

**ORDER REQUIRING ADDITIONAL
BRIEFING**

      On August 6, 2015, Plaintiff filed a notice of recent decision and attached the Supreme Court
decision in *Obergefell v. Hodge*, 135 S. Ct. 2584 (2015), which addresses the constitutionality of the
same-sex marriage ban.  Plaintiff offers to provide supplemental briefing to aid the Court in its
analysis of the effect of this recent precedent on the pending motion to dismiss.

      Accordingly, the Court HEREBY ORDERS the parties to submit supplemental briefing on
the effect of recent same-sex marriage precedent on the issues currently pending before this Court.
Plaintiffs shall file a supplemental brief, not to exceed 15 pages by no later than December 4, 2015.
Defendants shall file a reply, also not to exceed 15 pages, by no later than December 18, 2015.

      **IT IS SO ORDERED.**

Dated:   November 13, 2015

                                 _____
                               JEFFREY S. WHITE
                               UNITED STATES DISTRICT JUDGE