United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EROTIC SERVICE PROVIDER LEGAL
EDUCATION & RESEARCH PROJECT, ET
AL.,

        Plaintiffs,

  v.

GEORGE GASCON, ET AL.,

        Defendants.

_____/

No. C 15-01007 JSW


**ORDER OF DISMISSAL**

On March 31, 2016, this Court granted Defendant's motion to dismiss with leave to amend. The Court granted leave to Plaintiffs to file an amended complaint in accordance with the terms of the order granting the motion to dismiss and consistent with their obligations under Rule 11 of the Federal Rules of Civil Procedure by no later than May 6, 2016. The Court cautioned that if no amended complaint were filed by May 6, 2016, the case would be dismissed with prejudice.

Having not received an amended complaint, the Court hereby dismisses this action with prejudice. The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 23, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE